## Harvat et al., Appellants, *v.* Capone.

Argued November 14, 1967. *Donald E. Ziegler,* with him *McArdle & McLaughlin,* for appel-

lants; *Frederick N. Egler,* with him *Egler, McGregor & Reinstadtler,* for appellees.

Judgment affirmed.

WRIGHT, J., took no part in the consideration or decision of this case.